UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
**ERIN G. DESKO**           )
                           )   Case Number 2:12-cv-07001
      **Plaintiff**    )
                           )
      **vs.**          )
                           )
**PORTFOLIO RECOVERY**      )
**ASSOCIATES, LLC**         )
**A WHOLLY-OWNED**          )
**SUBSIDIARY OF PORTFOLIO** )
**RECOVERY ASSOCIATES, INC.** )
                           )
      **Defendant**    )
_____)


## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Erin Desko, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice. Each party is responsible for their own attorney's fees and costs.

                      BY: /s/ *Brent F. Vullings*
                      Brent F. Vullings, Esquire
                      Attorney for Plaintiff
                      bvullings@vullingslaw.com
                      Vullings Law Group, LLC
                      3953 Ridge Pike, Ste. 102
                      Collegeville, PA 19426
                      610-489-6060